IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK KING,** | : | Civil No. 1:15-cv-0159 |
| **Plaintiff,** | : | |
| v. | : | |
| **MANSFIELD UNIVERSITY OF PENNSYLVANIA, et al.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion for partial summary judgment is **DENIED AS MOOT**, without prejudice to the filing of a renewed motion as to Defendant's answer to the amended complaint.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: March 8, 2018