IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK KING,** | : | Civil No. 1:15-cv-00159 |
| **Plaintiff,** | : | |
| v. | : | |
| **MANSFIELD UNIVERSITY OF PENNSYLVANIA; THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; JOHN HALSTED; CHRISTINE SHEGAN,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment (Doc. 38) is **GRANTED** with respect to Counts I, II, III, IV, and Counts V and VI as against Defendant Halsted. **IT IS FURTHER ORDERED** that Defendant's motion is **DENIED** with respect to Counts V and VI as against Defendant Shegan.

                                                               s/Sylvia H. Rambo
                                                               SYLVIA H. RAMBO
                                                               United States District Judge

Dated: February 28, 2019