IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK KING,** | Civil No. 1: 15-cv-00159 |
| **Plaintiff,** | |
| v. | |
| **MANSFIELD UNIVERSITY OF PENNSYLVANIA;**<br>**THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; JOHN HALSTED;**<br>**CHRISTINE SHEGAN,** | |
| **Defendants.** | Judge Sylvia H. Rambo |

# **O R D E R**

For the reasons set forth in the accompanying memorandum, Plaintiff's motion for reconsideration (Doc. 56) is **DENIED**.

                                                                s/Sylvia H. Rambo_____
                                                                SYLVIA H. RAMBO
                                                                United States District Judge

Dated: June 21, 2019