IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK KING,** | : | Civil No. 1:15-cv-159 |
| **Plaintiff,** | : | |
| v. | : | |
| **MANSFIELD UNIVERSITY OF PENNSYLVANIA; THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; JOHN HALSTED; CHRISTINE SHEGAN,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **ORDER**

Before the court is Plaintiff's request to issue a supplemental expert report. The court hereby **GRANTS** Plaintiff's request, on the following terms:

- Plaintiff must have his expert re-examine him and issue any needed supplemental report by **December 17, 2019**.

- Defendants' expert also may re-examine Plaintiff and issue a rebuttal report by **February 17, 2020**.

- The court sets the pre-trial conference for **June 22, 2020** and trial for the week of **June 29, 2020**.

                                                    */s/ Sylvia H. Rambo*
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: October 17, 2019